UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

VALENTINO LOPEZ,

    Defendant.

------------------------------------------------------x

ORDER

18 Cr. 736-02 (NSR)

**ROMÁN, D.J.:**

The attorneys   John Doyle Pappalardo, Jill Kathryn Sanders and Angelo Gerard MacDonald
                                  Attorneys' Name

privately retained to represent defendant are hereby ordered substituted and the representation of

the defendant in the above captioned matter is assigned to    Francis L. O'Reilly   ,
                                                 Attorney's Name

CJA counsel.

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Clerk of the Court requested to terminate the motion (doc. 95).

Dated:  White Plains, New York
         February 27, 2020


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2020