# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                **SCHEDULING NOTICE**

   -against-                          18 CR 736 (NSR) (LMS)

VALENTINO LOPEZ,

                Defendant.
-------------------------------------------------------X

TO ALL PARTIES:

      The Court has scheduled a bail review hearing for Friday, July 24, 2020, at 10:00 AM, before United States Magistrate Judge Lisa Margaret Smith. Due to the Court's restricted access based on concerns over COVID-19, a decision will be made closer to the date of the hearing as to whether this conference will take place in-person or by electronic means.

Dated:  May 21, 2020
        White Plains, New York

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.