# O'REILLY & SHAW, L.L.C.
### ATTORNEYS AT LAW

FRANCIS L. O'REILLY  
JANE FORD SHAW  
JUSTIN PUGH

41 UNQUOWA PLACE  
FAIRFIELD, CT 06824  
TEL: (203) 319-0707  
FAX: (203) 319-0128

July 21, 2020

Honorable Lisa M. Smith  
United States Magistrate Judge  
United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

Re:   United States v. Valentino Lopez  
       DK# 18cr736(NSR)

Dear Judge Smith:

Please accept this letter as a consent request to continue the Detention Review hearing scheduled for July 24, 2020, in the above referenced case. As you know, on March 27, 2020, Mr. Lopez was released due his age, his medical condition, and the outbreak of the Corona virus in the Westchester County Correctional facility. At the time of his release the Honorable Court ordered a review of his conditions of release on May 26, 2020, to determine if the Covid-19 pandemic was still serious enough to merit his continued release on home detention. On May 21, 2020, the undersigned filed a consent motion requesting a sixty day continuance of the Detention Review hearing, which was granted by the Court. At the present time it is clear from both state and local authorities that the Covid-19 virus is still a serious problem in both New York State and Westchester County in particular. With that in mind the undersigned contacted Assistant United States Attorney David Felton and he informed the undersigned that due to the ongoing pandemic, he consents to the request for a sixty day continuance of the detention review hearing. Therefore, for all of the above reasons the undersigned respectfully requests a sixty day continuance of the Detention Review hearing for Mr. Lopez.

Very truly yours,

Francis L. O'Reilly

Application for 60 day continuance of the Detention Review hearing for Defendant Valentino Lopez is granted. Next review will occur on or before September 22, 2020.

SO ORDERED:   _Lisa Margaret Smith_  
Hon. Lisa Margaret Smith  
U.S.M.J.

www.oreillyandshaw.com                                            7/22/2020