UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

18 -CR- 734 ( )( )

_Valentino Lopez_ Defendant(s).
-------------------------------------------------------------X

Defendant __Valentino Lopez__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Valentino Lopez_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Francis O'Reilly_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/6/2020
_____
Date

_Judith C. McCarthy_
_____
U.S. District Judge/U.S. Magistrate Judge