**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
---ATTORNEYS AT LAW---

FRANCIS L. O'REILLY  
JANE FORD SHAW  
JUSTIN PUGH

41 UNQUOWA PLACE  
FAIRFIELD, CT 06824  
TEL: (203) 319-0707  
FAX: (203) 319-0128

September 15, 2020

Honorable Nelson S. Roman  
United States District Judge  
United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

Re:   United States v. Valentino Lopez  
      DK# 18cr736(NSR)-02

Dear Judge Roman:

Please accept this letter as a consent request to continue the Detention Review hearing scheduled for September 22, 2020, in the above referenced case. As you know, on March 27, 2020, Mr. Lopez was released due his age, his medical condition, and the outbreak of the Corona virus in the Westchester County Correctional facility. At the time of his release the Honorable Lisa M. Smith ordered a review of his conditions of release on sixty day intervals, to determine if the Covid-19 pandemic was still serious enough to merit his continued release on home detention. At the present time it is clear from both state and local authorities that the Covid-19 virus is still a serious problem in both New York State and Westchester County in particular. With that in mind the undersigned contacted Assistant United States Attorney David Felton and he informed the undersigned that due to the ongoing pandemic, he consents to the request for a continuance of the detention review hearing until Mr. Lopez's sentencing, currently scheduled for November 6, 2020. Therefore, for all of the above reasons the undersigned respectfully requests a continuance of the Detention Review hearing for Mr. Lopez until November 6, 2020.

Very truly yours,

Francis L. O'Reilly

---

Application for a continuation of the Detention Review Hearing until Nov. 6, 2020 is granted on consent of the Government. Clerk of the Court requested to terminate the motion (doc. 143).

Dated: Sept. 16, 2020

SO ORDERED:

HON. NELSON S. ROMAN  
UNITED STATES DISTRICT JUDGE

---

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 9/16/2020

www.oreillyandshaw.com