**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
—ATTORNEYS AT LAW—

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

October 29, 2020

Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Valentino Lopez
      DK# 18cr736(NSR) -02

Dear Judge Roman:

Please accept this letter as a consent request to continue Mr. Lopez's sentencing date, currently scheduled for November 6, 2020. The basis of this request is that the final draft of the Presentence Report was disclosed on October 27, 2020, thereby leaving the undersigned insufficient time to review and presentence report with Mr. Lopez, and to prepare a sentencing submission in a timely manner. Additionally, Mr. Lopez is a sixty-eight year old man with significant co-morbidities making the Covid 19 virus especially dangerous for him to be out in the community. The undersigned is requesting a sentencing date in late December or early January 2021. The undersigned would like to inform the Court that he has a vacation planned from December 4, 2020 to December 19, 2020, and the undersigned is unavailable from January 15, 2021 to January 31, 2021. Lastly, the undersigned has contacted Assistant United States Attorney David Felton and he informed the undersigned that he has no objection to this request. Therefore, for all of the above reasons the undersigned respectfully requests a continuance of the defendant's sentencing until late December 2020 or early January, 2021.

Very truly yours,

Francis L. O'Reilly

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2020

Defendant's request to adjourn the Sentencing from Nov. 6, 2020 until Jan. 8, 2021 at 2:00 pm is granted without objection by the Government. Clerk of Court requested to terminate the motion (doc. 147).
Dated: Nov. 4, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

www.oreillyandshaw.com