**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
## ATTORNEYS AT LAW

FRANCIS L. O'REILLY  
JANE FORD SHAW  
JUSTIN PUGH

41 UNQUOWA PLACE  
FAIRFIELD, CT 06824  
TEL: (203) 319-0707  
FAX: (203) 319-0128

December 31, 2020

Honorable Nelson S. Roman  
United States District Court  
United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

Re: United States v. Valentino Lopez, DK#7:18cr736 -02

Dear Judge Roman:

Please accept this letter as a request to adjourn Mr. Lopez's sentencing currently scheduled for January 8, 2021. As the Court is well aware there is an ongoing Covid-19 Pandemic which is preventing in-court proceedings at this time. I am requesting a short adjournment until the February 2021 sentencing calendar to afford Mr. Lopez the opportunity for an in person sentencing hearing. I have contacted Assistant United States Attorney David Felton, and he has no objection to this request. Therefore, for all of the above reasons, I ask the Honorable Court to grant this request for an adjournment and schedule Mr. Lopez's sentencing in February 2021.

Very truly yours,

Francis L. O'Reilly

Defendant's request to adjourn the Sentencing from Jan. 8, 2021 until Feb. 26, 2021 at 1:00 pm is granted without objection by the Government. Clerk of Court requested to terminate the motion (doc. 156).
Dated: Jan. 5, 2021

SO ORDERED:

HON. NELSON S. ROMAN  
UNITED STATES DISTRICT JUDGE

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 1/5/2021

www.oreillyandshaw.com