**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
### ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

April 7, 2021

Honorable Nelson S. Roman
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Valentino Lopez
DK# 18cr736(NSR) -02

Dear Judge Roman:

Please accept this letter as a consent request to continue the sentencing in the above referenced matter. Mr. Lopez's sentencing is currently scheduled for April 15, 2021, however, he has informed the undersigned that he wishes to have an in person sentencing hearing before your Honor. Additionally, Mr. Lopez is a sixty-eight year old male with significant co-morbidities which puts him at greater risk of serious illness or death if he contracts the Covid-19 virus. The undersigned is requesting a sentencing date in early June 2021. Lastly, Assistant United States Attorney David Felton informed the undersigned that he consents to the request for a continuance of the sentencing in this case. Therefore, for all of the above reasons the undersigned respectfully requests a continuance of the defendant's sentencing to early June 2021.

Very truly yours,

Francis L. O'Reilly

---

Deft's request to adjourn the in-person Sentencing from Apr. 15, 2021 until June 18, 2021 at 3:00 pm is granted with the Govt's consent. Clerk of Court requested to terminate the motion (doc. 171).
Dated: April 8, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2021

www.oreillyandshaw.com