USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

USA,

      - against -

VALENTINO LOPEZ,

                      Defendant(s).

---------------------------------------------------------x

**RESCHEDULING ORDER**

18 CR 736-02 (NSR)

NELSON S. ROMÁN, D.J.:

    Due to a scheduling conflict with the Court, the in-person Sentencing scheduled for June 18, 2021 is hereby

    ORDERED **rescheduled, with the parties' consent, until June 25, 2021 at 11:15 am.**

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:   White Plains, New York
            June 18, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.