**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
### ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

July 29, 2021

Honorable Nelson S. Roman
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Valentino Lopez
DK# 18cr736(NSR) -02

Dear Judge Roman:

Please accept this letter as a consent request to continue the self surrender date of the above referenced defendant for thirty days. My. Lopez, who is sixty-eight years old, was sentenced by Your Honor on June 25, 2021, and given a self surrender date of July 30, 2021, at noon. The undersigned was contacted by the client this afternoon stating that he had not yet received his designation from the Bureau of Prisons. I immediately contacted the U.S. Marshall's for information regarding his designation however, I have not yet received the client's designation. Upon a review of the docket it appears that the Judgment in this case has not yet entered and therefore the Bureau of Prisons would not have been informed of the self surrender date. The undersigned respectfully requests a continuance of Mr. Lopez's self surrender date to allow a designation from the Bureau of Prisons. Lastly, Assistant United States Attorneys David Felton, and Emily Deininger, have informed the undersigned that they consent to the request for a continuance of the self surrender date for thirty days. Therefore, for all of the above reasons the undersigned respectfully requests a continuance of the defendant's self surrender date.

Very truly yours,

Francis L. O'Reilly

---

Defendant's request to extend the self-surrender date from July 30, 2021 until Aug. 30, 2021 at 12 noon to either the USM S at the federal courthouse in White Plains, NY or the designated BOP facility is granted upon the Govt's consent. The Clerk of Court is requested to terminate the motion (doc 189).
Dated: July 29, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2021

www.oreillyandshaw.com