**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
──────ATTORNEYS AT LAW──────

FRANCIS L. O'REILLY  
JANE FORD SHAW

41 UNQUOWA PLACE  
FAIRFIELD, CT 06824  
TEL: (203) 319-0707  
FAX: (203) 319-0128

August 30, 2021

Honorable Nelson S. Roman  
United States District Court  
United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

Re: United States v. Valentino Lopez  
DK# 18cr736(NSR) -02

Dear Judge Roman:

Please accept this letter as a consent request to continue the self surrender date of the above referenced defendant for sixty days. Mr. Lopez, who is sixty-eight years old, was sentenced by Your Honor on June 25, 2021, and given a self surrender date of July 30, 2021, at noon. That self-surrender date with then extended to August 30, 2021. The undersigned was contacted this afternoon by the client's Pre-trial Services Officer Cynthia Labrovic Diaco, and she informed the undersigned that Mr. Lopez is exhibiting symptoms of illness including a low grade fever. Additionally, upon a review of the docket it appears that the Judgment in this case has not yet entered and therefore the Bureau of Prisons would not have been informed of the self surrender date, and further, Mr. Lopez has not received his designation from the Bureau of Prisons. The undersigned respectfully requests a continuance of Mr. Lopez's self surrender date for him to address his illness and to allow a designation from the Bureau of Prisons. Lastly, Assistant United States Attorney David Felton, has informed the undersigned that he consent to the request for a continuance of the self surrender date for sixty days. Therefore, for all of the above reasons the undersigned respectfully requests a continuance of the defendant's self surrender date for Sixty days,.

Very truly yours,

Francis L. O'Reilly

---

Deft's request to extend the self-surrender date from Aug. 30, 2021 until Oct. 29, 2021 at 12 noon to either the USMS at the Federal Courthouse in White Plains, NY or the designated BOP facility is granted with the Govt's consent. The Clerk of Court is requested to terminate the motion (doc. 191).

Dated: Aug. 31, 2021  
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN  
UNITED STATES DISTRICT JUDGE

---

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 8/31/2021

www.oreillyandshaw.com