**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
### ATTORNEYS AT LAW

FRANCIS L. O'REILLY  
JANE FORD SHAW

41 UNQUOWA PLACE  
FAIRFIELD, CT 06824  
TEL: (203) 319-0707  
FAX: (203) 319-0128

October 28, 2021

Honorable Nelson S. Roman  
United States District Court  
United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

Re: United States v. Valentino Lopez  
DK# 18cr736(NSR) -02

Dear Judge Roman:

Please accept this letter as a consent request to continue the self surrender date of the above referenced defendant for sixty days. Mr. Lopez, who is sixty-eight years old, with significant health issues, was sentenced by Your Honor on June 25, 2021, and given a self surrender date of July 30, 2021, at noon. That self-surrender date with then extended to August 30, 2021, and that surrender date was subsequently continued to October 30, 2021. As of this date the Bureau of Prisons has not issued a designation facility for Mr. Lopez to surrender and the additional sixty days is requested to allow him to be designated to a facility by the Bureau of Prisons. Assistant United States Attorney David Felton, has informed the undersigned that he consents to the request for a continuance of the self surrender date for sixty days. Therefore, for all of the above reasons the undersigned respectfully requests a continuance of the defendant's self surrender date for Sixty days,.

Very truly yours,

Francis L. O'Reilly

---

Deft's request to extend the self-surrender date from Oct. 29, 2021 until Nov. 30, 2021 at 12 noon to either the USMS at the Federal Courthouse in White Plains, NY or the designated BOP facility is GRANTED with the Govt's consent. The Clerk of Court is requested to terminate the motion (doc. 198). **FINAL EXTENSION - no further extensions.**
Dated: Oct. 28, 2021

SO ORDERED:

HON. NELSON S. ROMAN  
UNITED STATES DISTRICT JUDGE

---

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 10/28/2021

www.oreillyandshaw.com